

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN - 9 2008

ROBERT H. SHEMWELL, CLERK

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

EFRAIN BENITEZ                           CIVIL ACTION NO. 07-0707
    FED. REG. NO. 40312-018

VS.                                      SECTION P
                                         JUDGE DRELL
FREDRICK MENIFEE, WARDEN                 MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of January, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE